UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN THOMAS BACON,<br>    Plaintiff,<br>  v.<br>COUNTY OF LAKE, et al.,<br>    Defendants. | Case No. 15-cv-04759-JCS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has failed to comply with the Court's order to file an amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint that complies with the instructions set forth in the order dismissing the complaint with leave to amend (Docket No. 8).

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 3, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN THOMAS BACON,

    Plaintiff,

v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 15-cv-04759-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dylan Thomas Bacon ID: ID: 1507557
P.O. Box 556
Clearlake, CA 95422

Dated: March 3, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO

2