UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN THOMAS BACON,
    Plaintiff,

v.

COUNTY OF LAKE, et al.,
    Defendants.

Case No. 15-cv-04759-JCS (PR)

**ORDER REOPENING ACTION**

Dkt. No. 11

    This federal civil rights action was dismissed because plaintiff failed to file an amended complaint by the deadline. Now, nearly a year after the dismissal, plaintiff asks for an extension of time, which the Court construes as a motion to reopen. (Dkt. No. 11.) So construed, it is GRANTED. The action is REOPENED. The Clerk is directed to modify the docket to reflect this. The judgment (Dkt. No. 10) and the order of dismissal (Dkt. No. 9) are VACATED.

    Plaintiff must file an amended complaint on or before April 9, 2018. Failure to do so will result in the dismissal of this action for failure to prosecute. The amended complaint must appear on this Court's form and comply in all respects with the order dismissing the original complaint with leave to amend. (Dkt. No. 8.)

    The Clerk shall terminate Dkt. No. 11.

    **IT IS SO ORDERED.**

**Dated:** February 28, 2018

                                    _____
                                      JOSEPH C. SPERO
                                      Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN THOMAS BACON,

    Plaintiff,

v.

COUNTY OF LAKE, et al.,

    Defendants.

Case No. 15-cv-04759-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dylan Thomas Bacon ID: 47828
Lake County Jail
4913 Helbush Drive
Lake Port, CA 95453

Dated: February 28, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO