FILED

OCT 26 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN THOMAS BACON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE, et al.,<br><br>Defendants. | Case No. 15-04759 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983 against jailors at the Lake County Sheriff's Department. On July 30, 2018, the Court issued an order of partial dismissal and of service. (Docket No. 23.) On August 17, 2018, the copy of the court order sent to Plaintiff was returned as undeliverable because it remained "unclaimed" and it could not be forwarded. (Docket No. 25.) To date, Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court

1  fails to receive within sixty days of this return a written communication from the pro se

2  party indicating a current address.  See L.R. 3-11(b).

3       More than sixty days have passed since the mail addressed to Plaintiff was returned

4  as undeliverable.  The Court has not received a notice from Plaintiff regarding a new

5  address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice

6  pursuant to Rule 3-11 of the Northern District Local Rules.

7       The Clerk shall terminate any pending motions as moot, including Defendants'

8  motion to dismiss.  (Docket No. 28.)

9       **IT IS SO ORDERED.**

10  Dated:  10/26/18

EDWARD J. DAVILA
United States District Judge

25  Order of Dismissal
    PRO-SE\EJD\CR.15\04759Bacon_LR-dism